**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PHARMACY CORPORATION OF<br>AMERICA d/b/a PHARMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>PARIS SKILLED NURSING FACILITY,<br>INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>Case No. 4:13-CV-88<br>(Judge Clark/Judge Mazzant) |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 28, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Default Judgment [Doc. #9] be granted [Doc. #10].

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motion for Default Judgment [Doc. #9] is **GRANTED.**

It is further **ORDERED** that:

1. Plaintiff Pharmacy Corporation of America d/b/a PharMerica take judgment against Defendant Paris Skilled Nursing Facility, Inc. in the amount of $91,049.33 in actual damages, $18,049.47 in pre-judgment interest (plus pre-judgment interest of $51.38 per day after April 22, 2013, until the date of the Default Judgment), $7,360.24 in attorney and legal service fees, costs of court and post-judgment interest at the applicable rate in accordance with 28 U.S.C. § 1961.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this 3 day of **July, 2013.**

_____
Ron Clark, United States District Judge